Boris Zelkind (SBN 214,014)
*Boris.Zelkind@kmob.com*
Gregory A. Hermanson (SBN 220,094)
*Gregory.Hermanson@kmob.com*
Jeremy R. Pierce (SBN 246,961)
*Jeremy.Pierce@kmob.com*
Marc T. Morley (SBN 211,242)
*Marc.Morley@kmob.com*
Alan L. Kessler (SBN 254,010)
*Alan.Kessler@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>99¢ PLUS DISCOUNT STORE, a California )<br>company, ALI AZALI, an Individual, ABDUL )<br>RAHMIN, an Individual, and DOES 1-20, )<br>INCLUSIVE,  )<br>)<br>Defendants.  )<br>) | Civil Action No.<br><br>08-cv-05744-MHP<br><br>**PLAINTIFF'S REQUEST TO VACATE JULY 13, 2009 CASE MANAGEMENT CONFERENCE**<br><br><br>Before the Honorable Marilyn Hall Patel |

| | |
|---|---|
| 1 | Plaintiff 99¢ Only Stores will and hereby does move this Court to vacate the July 13, |
| 2 | 2009 Case Management Conference before the Honorable Marilyn Hall Patel. |
| 3 | Defendants 99¢ Plus Discount Store, Ali Azali and Abdul Rahmin have not appeared |
| 4 | in this action.  On March 27, 2009, the Clerk of the Court entered default against Defendant |
| 5 | 99¢ Plus Discount Store.  On June 2, 2009, the Clerk of the Court entered default against |
| 6 | Defendants Ali Azali and Abdul Rahmin.  On June 25, 2009, Plaintiff filed a motion for |
| 7 | default judgment against Defendants that is scheduled to be heard on August 3, 2009.  In |
| 8 | view of these developments, Plaintiff respectfully requests the Court to vacate the Case |
| 9 | Management Conference currently scheduled for July 13, 2009. |

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  June 29, 2009          By:     *s/Boris Zelkind*
                                       Boris Zelkind
                                       Marc T. Morley
                                       Jeremy R. Pierce
                                       Alan L. Kessler

Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.110L
7373231_1
062909

Plaintiff's Request to Vacate Case
Management Conference           - 1 -           Case No. 08-cv-05744-MHP

Boris Zelkind (SBN 214,014)
*Boris.Zelkind@kmob.com*
Gregory A. Hermanson (SBN 220,094)
*Gregory.Hermanson@kmob.com*
Jeremy R. Pierce (SBN 246,961)
*Jeremy.Pierce@kmob.com*
Marc T. Morley (SBN 211,242)
*Marc.Morley@kmob.com*
Alan L. Kessler (SBN 254,010)
*Alan.Kessler@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>99¢ PLUS DISCOUNT STORE, a California company, ALI AZALI, an Individual, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE,<br><br>Defendants | Civil Action No.<br><br>08-cv-05744-MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO VACATE JULY 13, 2009 CASE MANAGEMENT CONFERENCE**<br><br>Before the Honorable Marilyn Hall Patel |

1  **IT IS ORDERED** that the Case Management Conference currently set for July 13,
2  2009, before the Honorable Marilyn Hall Patel is vacated and taken off calendar.
3
4
5  IT IS SO ORDERED.
6
7  Dated: June 30, 2009  By: _____
8                              Hon.
9                              U.S

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

10
11 99CENTL.110L
   7373285_1
12 062909
13

[Proposed] Order Granting Plaintiff's
Request to Vacate CMC                - 1 -                Case No. 08-cv-05744-MHP