Boris Zelkind (SBN 214,014)
*Boris.Zelkind@kmob.com*
Gregory A. Hermanson (SBN 220,094)
*Gregory.Hermanson@kmob.com*
Jeremy R. Pierce (SBN 246,961)
*Jeremy.Pierce@kmob.com*
Marc T. Morley (SBN 211,242)
*Marc.Morley@kmob.com*
Alan L. Kessler (SBN 254,010)
*Alan.Kessler@kmob.com*
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street, Suite 1200
San Diego, CA 92101
Phone: (619) 235-8550
Facsimile: (619) 235-0176

Attorneys for Plaintiff
99¢ ONLY STORES

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 99¢ ONLY STORES, a California corporation, | Civil Action No. |
| | 08-cv-05744-MHP |
| Plaintiff, | |
| | **MOTION TO WITHDRAW** |
| v. | **REQUEST FOR FEES** |
| 99¢ PLUS DISCOUNT STORE, a California company, ALI AZALI, an Individual, ABDUL RAHMIN, an Individual, and DOES 1-20, INCLUSIVE, | Date: April 12, 2010 |
| | Time: 2:00 p.m. |
| | Ctrm: 15 |
| Defendants. | Before the Honorable Marilyn Hall Patel |

PLEASE TAKE NOTICE THAT on April 12, 2010, at 2:00 p.m. or at the Court's earliest convenience, Plaintiff, 99¢ Only Stores, will present its Motion to Withdraw Request for Fees.

The parties have reached an agreement in accordance with the terms of the default judgment.  The monetary portion of the settlement has rendered Plaintiff's request for fees moot.  Therefore, Plaintiff moves to withdraw its request for fees.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 5, 2010        By: *s/ Boris Zelkind*
    Boris Zelkind
    Gregory A. Hermanson
    Jeremy R. Pierce
    Marc T. Morley
    Alan L. Kessler

Attorneys for Plaintiff 99¢ ONLY STORES

99CENTL.110L

8655017
030310